# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| CHAD MCGUIRE, *on behalf of himself and similarly situated*,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>SHOWCASE TECHNOLOGIES, LLC.<br><br>　　　　　Defendant. | Civil Action No.: 25-CV-75<br><br>Class Action Complaint<br><br>Jury Trial Demanded |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff files this Notice of Voluntary Dismissal without Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A).

Date: May 7, 2025

　　　　　　　　　　　　　　　　　*/s/ Anthony I. Paronich*
　　　　　　　　　　　　　　　　　Anthony I. Paronich
　　　　　　　　　　　　　　　　　Paronich Law, P.C.
　　　　　　　　　　　　　　　　　350 Lincoln Street, Suite 2400
　　　　　　　　　　　　　　　　　Hingham, MA 02043
　　　　　　　　　　　　　　　　　Tel: (617) 485-0018
　　　　　　　　　　　　　　　　　anthony@paronichlaw.com